NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER C. NWOGU, DOING BUSINESS AS, ENVIRONMENTAL SAFETY CONSULTANTS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5015

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-268, Judge Marian Blank Horn.

---

**ON MOTION**

---

**ORDER**

Peter C. Nwogu moves without opposition to file his reply brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The reply brief is accepted for filing.

FOR THE COURT

**SEP 2 7 2011**
_____                    /s/ Jan Horbaly
Date                                       Jan Horbaly
                                                 Clerk

cc:  Yaw Akuoko, Esq.
       David F. D'Alessandris, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 2 7 2011

JAN HORBALY
CLERK